IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-01526-MSK-MEH

SHIRLEY COBURN,

        Plaintiff,

v.

CLAIMS MANAGEMENT, INC., d/b/a CLAIMS MANAGEMENT, INC. OF ARKANSAS,
  an Arkansas corporation, and
WALMART STORES, INC., a Delaware corporation,

        Defendants.

_____

**ORDER**
_____

THIS MATTER comes before the Court upon the filing of Plaintiff's Motion to Amend Complaint (Motion) **(#20)** filed August 27, 2007. Having reviewed the Motion the Court,

**FINDS** that the Motion requests that Plaintiff be allowed to amend her Complaint to specifically plead a failure to adequately investigate claim. Although not titled as such, the Motion is unopposed by Defendant's counsel as the Motion to Dismiss **(#7)** is predicated upon Plaintiff's failure to state such claim.

**IT IS THEREFORE ORDERED** that the Motion to Amend is **GRANTED** and the Defendant's Motion to Dismiss **(#7)** is **DENIED AS MOOT**.

Dated this 13th day of September, 2007.

**BY THE COURT:**

*/s/ Marcia S. Krieger*
_____
Marcia S. Krieger
United States District Judge