IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-01526-MSK-MEH

SHIRLEY COBURN,

    Plaintiff,

v.

CLAIMS MANAGEMENT, INC., d/b/a CLAIMS MANAGEMENT, INC. OF ARKANSAS,
  an Arkansas corporation, and
WALMART STORES, INC., a Delaware corporation,

    Defendants.
_____

**ORDER**
_____

THIS MATTER comes before the Court *sua sponte*. It appears that the Order granting Plaintiff's Motion to Amend Complaint (#23) did not set a deadline in which to file the Amended Complaint.

**IT IS ORDERED** that Plaintiff shall file her Amended Complaint on or before **October 4, 2007.**

Dated this 19th day of September, 2007.

                BY THE COURT:

                *Marcia S. Krieger*
                _____

                Marcia S. Krieger
                United States District Judge